Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—Parker, Black, Katzenbach, Campbell, Lloyd, White, Van Buskirk, McGlennon, Kays, Hetfield, Dear, JJ. 11.

*For reversal*—None.

CHARLES O. PERRY ET AL., RESPONDENTS, v. BOROUGH OF DEAL, APPELLANT.

Submitted May 27, 1927—Decided October 17, 1927.

For the respondents, *Durand, Ivins & Carton* and *Walter Taylor*.

For the appellant, *William A. Stevens*.

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Campbell in the Supreme Court.

*For affirmance*—The Chief Justice, Trenchard, Minturn, Kalisch, Katzenbach, Lloyd, White, Van Buskirk, McGlennon, Kays, Hetfield, Dear, JJ. 12.

*For reversal*—None.